NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE OHIO WILLOW WOOD COMPANY,**
*Plaintiff/Counterclaim Defendant-Appellant,*

v.

**THERMO-PLY, INC.,**
*Defendant/Counterclaimant-Cross Appellant,*

AND

**COASTAL LINERS, LLC,**
*Counterclaimant-Appellee.*

---

2010-1119, -1269

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0274, Judge Ron Clark.

---

**ON MOTION**

---

# O R D E R

Alps South, LLC, moves for leave to file a brief amicus curiae.

Because this court has already granted Alps South leave to do so, this motion is moot.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

**MAY 0 3 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard E. Fee, Esq.
    Jeffrey S. Standley, Esq.
    David W. Wicklund, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 03 2011**

**JAN HORBALY**
**CLERK**